In the Matter of the Accounting of BANKERS TRUST COMPANY, as Substituted Trustee under the Will of WILLIAM L. FLANAGAN, Deceased.

Surrogate's Court, New York County, April 11, 1951.

*Maurice E. McLoughlin* and *Harold A. Westcott* for substituted trustee, petitioner.

*David Du Vivier* and *Samuel R. Davis* for Florence A. Flanagan, respondent.

FRANKENTHALER, S. The provision of deceased's will limiting the trustee to a particular type of investment is held to be inapplicable under current economic conditions (*Matter of Wallach,* N. Y. L. J., Dec. 8, 1933, p. 2155, col. 4; *Matter of Rheinhold,* N. Y. L. J., Dec. 14, 1933, p. 2256, col. 2; *Matter of Garretson,* N. Y. L. J., Jan. 6, 1937, p. 70, col. 4; *Matter of Aaron,* N. Y. L. J., Jan. 9, 1942, p. 120, col. 1; *Matter of Scott,* N. Y. L. J., April 8, 1942, p. 1474, col. 6; *Matter of Jacob,* N. Y. L. J., Nov. 23, 1943, p. 1447, col. 5; *Matter of Oechler,* N. Y. L. J., Jan. 17, 1945, p. 223, col. 1; *Matter of Kalish,* N. Y. L. J., Feb. 23, 1945, p. 709, col. 3; *Matter of Hennessy,* N. Y. L. J., Feb. 24, 1945, p. 726, col. 5; *Matter of Cullman,* N. Y. L. J., April 26, 1945, p. 1584, col. 1; *Matter of Woods,* N. Y. L. J., Oct. 26, 1945, p. 1054, col. 4; *Matter of Claman,* N. Y. L. J., March 30, 1946, p.

1252, col. 4; *Matter of Mills,* N. Y. L. J., June 12, 1947, p. 2320, col. 6). So long as this form of investment is unavailable the trustee will be relieved from the restrictive provision of the will and will be free to invest trust funds in the investments authorized by law.

The compensation of the attorneys for the trustee is fixed in the amount requested.

Submit decree on notice settling the account.